UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                                             )
                                                   )
Kenneth E. & Lori E. Groves         )         CASE NO. 07-40144
                                                   )
            Debtors                           )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:  Wachovia, ACS, P.O. Box 22724, Long Beach, CA 90801-5724

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $3,383.63 into the Registry Account with the U.S. Bankruptcy Court. The Trustee sent Check No. 97421 dated December 3, 2009 in the amount of $39.45 and Check No. 97947 dated January 3, 2010 in the amount of $69.06 to Wachovia at the address above. The creditor issued refunds with a note stating "account paid in full" and all remaining funds were then reserved to be deposited into the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 12th May, 2011.


/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

<u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 12th day of May, 2011 to:

Wachovia, ACS, P.O. Box 22724, Long Beach, CA 90801-5724
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Lori D. Fisher, 8927 Broadway, Merrillville, IN 46410

        <u>/s/ David A. Rosenthal</u>
        David A. Rosenthal
        Chapter 13 Trustee
        P.O. Box 505
        Lafayette, IN 47902
        (765) 742-8248